Ally
P O Box 380902
Bloomington MN  55438-0902


Angel Accounting
P O Box 250
Natoma KS  67651


CNH Capital
P O Box 1083
Evansville IN  47706-1083


Crawford Supply Company
P O Box 363
Plainville KS  67663


Edward J Nazar Receiver
Redmond Nazar LLP
245 North Waco St Ste 402
Wichita KS  67202


Elete Pipe Testing
Melton Norcross Associates LLC
2591 Dallas Parkway Ste 300
Frisco TX  75034


Farm Implement & Supply
P O Box 67
Plainville KS  67663-0067


GMAC
P O Box 9001948
Louisville KY  40290-1948


Hammersmith Electric Inc
West Hwy 40
P O Box 239
Gorham KS  67640

Hays Veterinary Hospital
1016 East 8th Street
Hays KS  67601


Internal Revenue Service
PO Box 21126
Philadelphia PA  19114


Jeffs Well Service
P O Box 250
Natoma KS  67651


Kansas Department of Labor
Attn Legal Section
401 SW Topeka Blvd
Topeka KS  66603


Kansas Fishing Tool Inc
P O Box 892
Great Bend KS  67530


Kansas State Veterinary
Diversified Services Group
P O Box 80185
Phoenix AZ  85060-0185


KBK Oilfield Services Inc
P O Box 395
Great Bend KS  67530


Lampton Welding Supply Co Inc
 P O Box 765
Wichita KS  67201


Marilynn J Crawford
Edward C Hageman
P O Boix 502
Stockton KS  67669-0502

Melton Norcross and Associates LLC
2591 Dallas Parkway Ste 300
Fisco TX   75034


Predator Pipe Testing
1125 Centenial Blvd
Hays KS   67601


Professional Pulling Service LLC
P O Box 486
Hays KS   67601


RGN Company Inc
804 Main Street
Stockton KS   67669


Stephen G. Crawford
1725 250th Avenue
Hays KS   67601


Terry L Cikanek
Cikanek Law Office
P O Box 517
Stockton KS   67669


Toms Machine
510 South Washington
Plainville KS   67663

UNITED STATES BANKRUPTCY COURT

DISTRICT OF KANSAS

KANSAS CITY DIVISION

IN RE:

**Crawford Petroleum, Inc.**                                    CASE NO.:

## VERIFICATION OF CREDITOR MATRIX

      The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of her/his/their knowledge.

Dated:  **3/28/2011**                                    s/ Stephen G. Crawford

                                                 **Stephen G. Crawford**

                                                 Debtor

Elete Pipe Testing
Melton Norcross Associates LLC
2591 Dallas Parkway Ste 300
Frisco TX  75034


Hammersmith Electric Inc
West Hwy 40
P O Box 239
Gorham KS  67640


Marilynn J Crawford
Edward C Hageman
P O Boix 502
Stockton KS  67669-0502


Edward J Nazar Receiver
Redmond Nazar LLP
245 North Waco St Ste 402
Wichita KS  67202


Toms Machine
510 South Washington
Plainville KS  67663


Hays Veterinary Hospital
1016 East 8th Street
Hays KS  67601


Crawford Supply Company
P O Box 363
Plainville KS  67663


Angel Accounting
P O Box 250
Natoma KS  67651


Jeffs Well Service
P O Box 250
Natoma KS  67651

Stephen G. Crawford
1725 250th Avenue
Hays KS  67601


Kansas State Veterinary
Diversified Services Group
P O Box 80185
Phoenix AZ  85060-0185


KBK Oilfield Services Inc
P O Box 395
Great Bend KS  67530


Professional Pulling Service LLC
P O Box 486
Hays KS  67601


CNH Capital
P O Box 1083
Evansville IN  47706-1083


Predator Pipe Testing
1125 Centenial Blvd
Hays KS  67601


Farm Implement & Supply
P O Box 67
Plainville KS  67663-0067


RGN Company Inc
804 Main Street
Stockton KS  67669


Internal Revenue Service
PO Box 21126
Philadelphia PA  19114

Kansas Department of Labor
Attn Legal Section
401 SW Topeka Blvd
Topeka KS  66603


Kansas Fishing Tool Inc
P O Box 892
Great Bend KS  67530


GMAC
P O Box 9001948
Louisville KY  40290-1948

| United States Bankruptcy Court<br>**District of Kansas**<br>Kansas City Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Crawford Petroleum, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **48-1103990** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1725 250th Avenue**<br>**Hays Kansas**<br>ZIP CODE **67601** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Ellis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Same**<br>ZIP CODE **Same** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1725 250th Avenue, Hays Kansas** | ZIP CODE **67601** |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business**
(Check **one** box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Crawford Petroleum, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**Stephen G. Crawford** | Case Number: | Date Filed: |
| District:<br>**Kansas** | Relationship:<br>**President** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **Not Applicable**<br>    —————————————————————<br>    Signature of Attorney for Debtor(s)     Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>    ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>    ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>        —————————————————————<br>        (Name of landlord that obtained judgment)<br><br>        —————————————————————<br>        (Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Crawford Petroleum, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  __Not Applicable__<br>    Signature of Debtor<br><br>X  __Not Applicable__<br>    Signature of Joint Debtor<br><br>    Telephone Number (If not represented by attorney)<br><br>    Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X  __Not Applicable__<br>    (Signature of Foreign Representative)<br><br>    (Printed Name of Foreign Representative)<br><br>    Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/Justice B. King**<br>    Signature of Attorney for Debtor(s)<br><br>**Justice B. King  Bar No.  09009**<br>    Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Fisher, Patterson, Sayler & Smith, L.L.P**<br>    Firm Name<br><br>**3550 SW 5th Street P O Box 949**<br>    Address<br><br>**Topeka KS  66601-0949**<br><br>**785-232-7761**      **785-232-6604**<br>    Telephone Number<br><br>**3/28/2011**      **jking@fisherpatterson.com**<br>    Date      E-Mail Address<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>    Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>    Address<br><br>X  __Not Applicable__<br>    Date<br>    Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  **s/ Stephen G. Crawford**<br>    Signature of Authorized Individual<br><br>**Stephen G. Crawford**<br>    Printed Name of Authorized Individual<br><br>**President**<br>    Title of Authorized Individual<br><br>**3/28/2011**<br>    Date | |

# United States Bankruptcy Court

## District of Kansas

### Kansas City Division

In re:

Case No. _____

Chapter **11**

**Crawford Petroleum, Inc.**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Stephen G. Crawford**, declare under penalty of perjury that I am the **President** of **Crawford Petroleum, Inc.,** a Corporation and that on the following resolution was duly adopted by the of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Stephen G. Crawford**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Stephen G. Crawford**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Stephen G. Crawford**, **President** of this Corporation, is authorized and directed to employ **Justice B. King**, attorney and the law firm of **Fisher, Patterson, Sayler & Smith, L.L.P** to represent the Corporation in such bankruptcy case."

Executed on: **3/28/2011** _____

Signed: **s/ Stephen G. Crawford** _____
**Stephen G. Crawford**

**United States Bankruptcy Court**

**District of Kansas**

**Kansas City Division**

In re **Crawford Petroleum, Inc.**      ,    Case No. _____

Debtor            Chapter    **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Stephen G. Crawford 1725 250th Avenue Hays KS 67601 | | Mortgage | | $1,000,000.00  SECURED VALUE: $100,000.00 |
| Hammersmith Electric Inc West Hwy 40 P O Box 239 Gorham KS 67640 | | | | $80,000.00 |
| Marilynn J Crawford Edward C Hageman P O Boix 502 Stockton KS 67669-0502 | | | DISPUTED | $24,333.00 |
| Edward J Nazar Receiver Redmond Nazar LLP 245 North Waco St Ste 402 Wichita KS 67202 | | | | $12,390.14 |
| Toms Machine 510 South Washington Plainville KS 67663 | | | | $9,991.66 |
| Hays Veterinary Hospital 1016 East 8th Street Hays KS 67601 | | | | $7,975.44 |

In re **Crawford Petroleum, Inc.**

Debtor ,

Case No. _____

Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Crawford Supply Company**<br>**P O Box 363**<br>**Plainville KS 67663** | | | | **$7,553.06** |
| **Angel Accounting**<br>**P O Box 250**<br>**Natoma KS 67651** | | | | **$6,087.00** |
| **Jeffs Well Service**<br>**P O Box 250**<br>**Natoma KS 67651** | | | | **$5,546.77** |
| **Kansas State Veterinary**<br>**Diversified Services Group**<br>**P O Box 80185**<br>**Phoenix AZ 85060-0185** | | | | **$4,971.34** |
| **Elete Pipe Testing**<br>**Melton Norcross Associates LLC**<br>**2591 Dallas Parkway Ste 300**<br>**Frisco TX 75034** | | | | **$3,406.50** |
| **Professional Pulling Service LLC**<br>**P O Box 486**<br>**Hays KS 67601** | | | | **$3,108.49** |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re  **Crawford Petroleum, Inc.**                         ,   Case No. _____

                         Debtor            Chapter   <u>11</u> _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **CNH Capital**<br>**P O Box 1083**<br>**Evansville IN  47706-1083** | | | | **$1,775.09** |
| **Predator Pipe Testing**<br>**1125 Centenial Blvd**<br>**Hays KS  67601** | | | | **$1,420.00** |
| **Farm Implement & Supply**<br>**P O Box 67**<br>**Plainville KS  67663-0067** | | | **CONTINGENT**<br>**UNLIQUIDATED**<br>**DISPUTED** | **$1,300.00** |
| **RGN Company Inc**<br>**804 Main Street**<br>**Stockton KS  67669** | | | | **$788.42** |
| **Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia PA  19114** | | | | **$763.80** |
| **Kansas Department of Labor**<br>**Attn Legal Section**<br>**401 SW Topeka Blvd**<br>**Topeka KS  66603** | | | | **$562.50** |

In re **Crawford Petroleum, Inc.** _____ , Case No. _____

Debtor          Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Kansas Fishing Tool Inc**<br>P O Box 892<br>Great Bend KS 67530 | | | | **$450.15** |
| **KBK Oilfield Services Inc**<br>P O Box 395<br>Great Bend KS 67530 | | | | **$306.24** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Stephen G. Crawford, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **3/28/2011** _____          Signature: **s/ Stephen G. Crawford** _____

**Stephen G. Crawford ,President** _____
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

In re: **Crawford Petroleum, Inc.**            Case No. _____

                          **Debtor**                                                **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |

                                     **Total**   ➢   **0.00**

                                               (Report also on Summary of Schedules.)

In re  **Crawford Petroleum, Inc.** _____ ,  Case No. _____
_____  (If known)
Debtor

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Great Plains Credit Union; Checking Account 1762** | | **50.93** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Sunflower Bank; Checking Account No. 2424** | | **-4.99** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. | | **Mr. Yella Fella Partners; 48% partnership interest (Texas Partnership) (Assigned to Fisher Patterson Sayler & Smith for attorney fees)** | | **Unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

In re  **Crawford Petroleum, Inc.** _____ ,   Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | 50 % interest Baxa Injection Well, NEof SE of NW/4 of 12-9S-17W (50% owned by James Kifer) | | 25,000.00 |
| Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | 50% working interest and .41015627 revenue interest in Hrabe "C" Lease, Rooks County, Kansas. Includes all pumping units, tank batteries and other equipment or inventory associated with the production of crude oil | | 81,414.45 |
| Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | 7/8 working interest and .70194400 revenue interest in Hrabe "B" Lease, Rooks County, Kansas. Includes all pumping units, tank batteries and other equipment or inventory associated with the production of crude oil | | 117,647.01 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Featherlite two-horse trailer; VIN 4FGL01321YC029950 | | 8,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Chevrolet 3500 Pickup; VIN 2GCEK13398122207<br><br>In name "Crawford Petroleum, Inc. and/or Steve G Crawford" | | 31,000.00 |

In re  **Crawford Petroleum, Inc.**_____,  Case No. _____
                                    Debtor                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_ continuation sheets attached                    Total ➤         **$ 263,107.40**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  **Crawford Petroleum, Inc.**                                    .            Case No. _____

_____                                                                            (If known)
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  024-9119-53144<br><br>GMAC<br>P O Box 9001948<br>Louisville KY  40290-1948<br><br><br>Ally<br>P O Box 380902<br>Bloomington MN  55438-0902 | | | 06/22/2008<br>Security Agreement<br>2008 Chevrolet 3500 Pickup; VIN 2GCEK13398122207<br><br>In name "Crawford Petroleum, Inc. and/or Steve G Crawford"<br>_____<br>VALUE $31,000.00 | | | | 30,089.96 | 0.00 |
| ACCOUNT NO.<br><br>Stephen G. Crawford<br>1725 250th Avenue<br>Hays KS  67601 | | | 03/25/2010<br>Mortgage<br>Security Interest in Hrabe C lease, as well as in equipment of Crawford Petroleum and all equipment and inventory associated with production of crude oil on the Hrabe B & C leases, injection wells, and all farm products and supplies listed in Security Agreement of April 15, 2005<br>_____<br>VALUE $100,000.00 | | | | 1,100,000.00 | 1,000,000.00 |

0   continuation sheets
    attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $ 1,130,089.96 | $ 1,000,000.00 |
| $ 1,130,089.96 | $ 1,000,000.00 |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re **Crawford Petroleum, Inc.**                                    Case No. _____
_____
                        Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

In re    Crawford Petroleum, Inc.                                    Case No. _____
                                                                                    (If known)
         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia PA  19114** | | | **941 return for 2008** | | | | **763.80** | **763.80** | **$0.00** |
| ACCOUNT NO.    **036-481103990F-01**<br>**Kansas Department of Labor**<br>**Attn Legal Section**<br>**401 SW Topeka Blvd**<br>**Topeka KS  66603** | | | **Withholding taxes January - March 2010** | | | | **562.50** | **562.50** | **$0.00** |
| ACCOUNT NO.    **010103919149**<br>**Kansas Department of Labor**<br>**Attn Legal Section**<br>**401 SW Topeka Blvd**<br>**Topeka KS  66603** | | | **Withholding taxes March 2008 - December 31, 2009** | | | | **12.15** | **12.15** | **$0.00** |

Sheet no.  1  of  1  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotals ▷<br>(Totals of this page) | $  **1,338.45** | $  **1,338.45** | $  **0.00** |
| Total  ▷<br><small>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)</small> | $  **1,338.45** | | |
| Total  ▷<br><small>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)</small> | | $  **1,338.45** | $  **0.00** |

In re  **Crawford Petroleum, Inc.**

Case No. _____

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Angel Accounting**<br>P O Box 250<br>Natoma KS  67651 | | | **10/01/2009**<br><br>**Accounting services** | | | | **6,087.00** |
| ACCOUNT NO.  **6035181115713616**<br><br>**CNH Capital**<br>P O Box 1083<br>Evansville IN  47706-1083 | | | | | | | **1,775.09** |
| ACCOUNT NO.  **Craw01**<br><br>**Crawford Supply Company**<br>P O Box 363<br>Plainville KS  67663<br><br><br>**Terry L Cikanek**<br>**Cikanek Law Office**<br>P O Box 517<br>Stockton KS  67669 | | J | **Oilfield suppplies and repairs purchased on open account** | | | | **7,553.06** |
| ACCOUNT NO.<br><br>**Edward J Nazar Receiver**<br>**Redmond Nazar LLP**<br>245 North Waco St Ste 402<br>Wichita KS  67202 | | | **In capacity as Receiver for Alliance Leasin, Consolidated Management Group, Golden Belt Transportation, Garner Management, Forest Engery, Warren Drilling, Warrick Drilling, Pawnee Iron Works, Mid Kan Operating, T&D Oil Service, Consumer Information Network, Santa Fe Trails Leasing, Summit Leasing and Warren Engery** | | | | **12,390.14** |

3   Continuation sheets attached

Subtotal ➢  $ **27,805.29**

Total ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Crawford Petroleum, Inc.** _____          Case No. _____
                    **Debtor**                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Elete Pipe Testing<br>Melton Norcross Associates LLC<br>2591 Dallas Parkway Ste 300<br>Frisco TX  75034**<br><br>**Melton Norcross and Associates LLC<br>2591 Dallas Parkway Ste 300<br>Fisco TX  75034** | X | J | Oilfield pipe testing | | | | 3,406.50 |
| ACCOUNT NO.   **07478**<br><br>**Farm Implement & Supply<br>P O Box 67<br>Plainville KS  67663-0067** | X | | | X | X | X | 1,300.00 |
| ACCOUNT NO. <br><br>**Hammersmith Electric Inc<br>West Hwy 40<br>P O Box 239<br>Gorham KS  67640** | X | | Oilfield and ranch electrical repairs | | | | 80,000.00 |
| ACCOUNT NO. <br><br>**Hays Veterinary Hospital<br>1016 East 8th Street<br>Hays KS  67601** | X | | | | | | 7,975.44 |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                 **92,681.94**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  <u>Crawford Petroleum, Inc.</u>                Case No. _____
                          Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Jeffs Well Service**<br>**P O Box 250**<br>**Natoma KS  67651** | X | | **Oilfield well service/repair** | | | | **5,546.77** |
| ACCOUNT NO.<br><br>**Kansas Fishing Tool Inc**<br>**P O Box 892**<br>**Great Bend KS  67530** | X | | **Oilfield Downhole Tools** | | | | **450.15** |
| ACCOUNT NO.  **M19550**<br><br>**Kansas State Veterinary**<br>**Diversified Services Group**<br>**P O Box 80185**<br>**Phoenix AZ  85060-0185** | X | | | | | | **4,971.34** |
| ACCOUNT NO.<br><br>**KBK Oilfield Services Inc**<br>**P O Box 395**<br>**Great Bend KS  67530** | X | | **11/01/2008**<br><br>**Oilfield repair** | | | | **306.24** |
| ACCOUNT NO.<br><br>**Lampton Welding Supply Co Inc**<br>**P O Box 765**<br>**Wichita KS  67201** | X | | **Oilfield supplies/repairs on open account** | | | | **156.07** |

Sheet no.  2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $                **11,430.57**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Crawford Petroleum, Inc.</u>                     Case No. _____
                        Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Marilynn J Crawford<br>Edward C Hageman<br>P O Boix 502<br>Stockton KS 67669-0502** | | | | | | X | **24,333.00** |
| ACCOUNT NO. <br><br> **Predator Pipe Testing<br>1125 Centenial Blvd<br>Hays KS 67601** | | | **06/02/2010**<br><br>**Oilfield Pipe Testing** | | | | **1,420.00** |
| ACCOUNT NO. <br><br> **Professional Pulling Service LLC<br>P O Box 486<br>Hays KS 67601** | X | | **08/06/2010**<br><br>**Oilfield Well Service** | | | | **3,108.49** |
| ACCOUNT NO. <br><br> **RGN Company Inc<br>804 Main Street<br>Stockton KS 67669** | X | | **Oilfield Roustabout Services** | | | | **788.42** |
| ACCOUNT NO. <br><br> **Toms Machine<br>510 South Washington<br>Plainville KS 67663** | X | | **Oilfield Repair Service** | | | | **9,991.66** |

Sheet no. <u>3</u> of <u>3</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⮞ $ **39,641.57**

Total ⮞ $ **171,559.37**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re:   Crawford Petroleum, Inc.                                    ,     Case No. _____
                                    **Debtor**                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Coffeyville Resources Crude Transp**<br>**PO Box Drawer C**<br><br>**Plainville, KS 67663** | **50% working interest and .41015627 Revenue Interest in Hrabe C Lease, Rooks County, Kansas** |
| **Coffeyville Resources Transp**<br>**10 E Cambridge Circle Ste 250**<br>**Kansas City KS  66103** | **7/8 working interest and .70194400 revenue interest in Hrabe B lease, Rooks County, Kansas** |
| **Mr Yella Fella Partners**<br>**Gary and Linda Gordon**<br>**325 North St Paul Ste 4300**<br>**Dallas TX  75201** | **52% owned by Gary and Linda Gordon and 48% owned by Crawford Petroleum (Crawford Petroleum interest assigned to Fisher Patterson Sayler & Smith)** |

B6H (Official Form 6H) (12/07)

In re: __Crawford Petroleum, Inc._____.  Case No. _____
              Debtor                                                (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Stephen G. Crawford<br>1725 250th Avenue<br>Hays KS  67601 | Elete Pipe Testing<br>Melton Norcross Associates LLC<br>2591 Dallas Parkway Ste 300<br>Frisco TX  75034 |
| Stephen G. Crawford<br>1725 250th Avenue<br>Hays KS  67601 | Farm Implement & Supply<br>P O Box 67<br>Plainville KS  67663-0067 |
| Stephen G. Crawford<br>1725 250th Avenue<br>Hays KS  67601 | Hammersmith Electric Inc<br>West Hwy 40<br>P O Box 239<br>Gorham KS  67640 |
| Stephen G. Crawford<br>1725 250th Avenue<br>Hays KS  67601 | Hays Veterinary Hospital<br>1016 East 8th Street<br>Hays KS  67601 |
| Stephen G. Crawford<br>1725 250th Avenue<br>Hays KS  67601 | Jeffs Well Service<br>P O Box 250<br>Natoma KS  67651 |
| Stephen G. Crawford<br>1725 250th Avenue<br>Hays KS  67601 | Kansas Fishing Tool Inc<br>P O Box 892<br>Great Bend KS  67530 |
| Stephen G. Crawford<br>1725 250th Avenue<br>Hays KS  67601 | Kansas State Veterinary<br>Diversified Services Group<br>P O Box 80185<br>Phoenix AZ  85060-0185 |
| Stephen G. Crawford<br>1725 250th Avenue<br>Hays KS  67601 | KBK Oilfield Services Inc<br>P O Box 395<br>Great Bend KS  67530 |
| Stephen G. Crawford<br>1725 250th Avenue<br>Hays KS  67601 | Lampton Welding Supply Co Inc<br> P O Box 765<br>Wichita KS  67201 |
| Stephen G. Crawford<br>1725 250th Avenue<br>Hays KS  67601 | Professional Pulling Service LLC<br>P O Box 486<br>Hays KS  67601 |
| Stephen G. Crawford<br>1725 250th Avenue<br>Hays KS  67601 | RGN Company Inc<br>804 Main Street<br>Stockton KS  67669 |
| Stephen G. Crawford<br>1725 250th Avenue<br>Hays KS  67601 | Toms Machine<br>510 South Washington<br>Plainville KS  67663 |

# UNITED STATES BANKRUPTCY COURT
## District of Kansas
## Kansas City Division

In re: **Crawford Petroleum, Inc.**

Case No. _____

Chapter **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1.  Gross Income For 12 Months Prior to Filing:      $    **245,884.13**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2.  Gross Monthly Income:      $    **12,900.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3.  Net Employee Payroll (Other Than Debtor)   $ | **2,000.00** |
| 4.  Payroll Taxes | **0.00** |
| 5.  Unemployment Taxes | **0.00** |
| 6.  Worker's Compensation | **0.00** |
| 7.  Other Taxes | **0.00** |
| 8.  Inventory Purchases (Including raw materials) | **380.00** |
| 9.  Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. Rent (Other than debtor's principal residence) | **0.00** |
| 11. Utilities | **2,100.00** |
| 12. Office Expenses and Supplies | **0.00** |
| 13. Repairs and Maintenance | **2,085.00** |
| 14. Vehicle Expenses | **2,120.00** |
| 15. Travel and Entertainment | **0.00** |
| 16. Equipment Rental and Leases | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | **0.00** |
| 18. Insurance | **0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For
     Pre-Petition Business Debts (Specify):

     **GMAC**      **765.15**

21. Other (Specify):

     **Crown Well Service -- Pumping/Operation of wells**      **2,700.00**

22. Total Monthly Expenses (Add items 3 - 21)      $    **12,150.15**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)      $    **749.85**

B6 Summary (Official Form 6 - Summary) (12/07)

**United States Bankruptcy Court**

**District of Kansas**

**Kansas City Division**

In re **Crawford Petroleum, Inc.**_____,

Case No. _____

Debtor

Chapter ___**11**___

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $         0.00 | | |
| B - Personal Property | YES | 3 | $   263,107.40 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $   1,130,089.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $       1,338.45 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $     171,559.37 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 13 | $   263,107.40 | $   1,302,987.78 | |

# United States Bankruptcy Court
## District of Kansas
## Kansas City Division

In re  **Crawford Petroleum, Inc.**
_____

Debtor

Case No. _____

Chapter  **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  1,338.45 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  0.00 |
| Student Loan Obligations (from Schedule F) | $  0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $  0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $  0.00 |
| TOTAL | $  1,338.45 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $  0.00 |
| Average Expenses (from Schedule J, Line 18) | $  0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $  0.00 |

# United States Bankruptcy Court
## District of Kansas
## Kansas City Division

In re **Crawford Petroleum, Inc.**

Debtor

Case No. _____

Chapter    **11**

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $     **1,000,000.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $     **1,338.45** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $     **0.00** |
| 4. Total from Schedule F | | $     **171,559.37** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $     **1,171,559.37** |

In re  **Crawford Petroleum, Inc.**

Case No. _____

_____

**Debtor**

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Stephen G. Crawford**, the <u>**President**</u> of the <u>**Corporation**</u> named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **15**_____  sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **3/28/2011**_____

Signature:    **s/ Stephen G. Crawford**_____

**Stephen G. Crawford President**_____

[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

Case 11-40377    Doc# 1    Filed 03/28/11    Page 33 of 46

# United States Bankruptcy Court
## District of Kansas
### Kansas City Division

In re:  **Crawford Petroleum, Inc.**                                    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
|  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Stephen G. Crawford**, **President** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  _3/28/2011_____                    **s/ Stephen G. Crawford**_____

                                                     **Stephen G. Crawford, President, Crawford Petroleum,**
                                                     **Inc.** Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**District of Kansas**
**Kansas City Division**

In re: **Crawford Petroleum, Inc.**_____,          Case No. _____

_____Debtor_____                                                        (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 146,424.00 | **2009 Gross Income** | **2009** |
| 245,884.13 | **2010 Gross Income** | **2010** |
| 39,805.75 | **2011 Gross Income** | **2011** |

## 2.  Income other than from employment or operation of business

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 78,185.95 | **Sale of farm equipment - payoff debt ($50,285.95) and purchase used New Holland C190 Skid Steer (Ser N6M437249) $27900** | **2009** |
| 4,400.00 | **Sale of 1999 Dodge Pickup** | **2010** |
| 2,000.00 | **Sale of .9 acre** | **2011** |

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑  a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*\*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**None** ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Edward J Nazar v S & M Oil Company, et al.** **08 LM 21082** | **Collection** | **Sedgwick County, Kansas** | **Pending** |
| **Crawford vs. Crawford** **10 DM 28** | **Divorce** | **Ellis Co. District Court** | **Judgment /Garnishment** |
| **Midwest Community Bank vs. Crawford Petroleum et al** **10 CV 36** | **Foreclosure** | **Rooks County, Kansas** | **Pending** |

**None** ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Midwest Community Bank**<br>**201 S Main Street**<br>**P O Box 369**<br>**Plainville KS 67663** | 08/15/2009 | **Real property personally owned by Steve Crawford and held as security (See Schedule D); $750,000.00 to offset debt owed by Crawford Petroleum** |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None

❑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Justice B. King** **Fisher Patterson Sayler & Smith** **P O Box 949** **Topeka KS  66601-0949** | **March 2011** | **$2,000 and assignment of interest in partnership of Mr. Yella Fella Partners; 48% partnership interest (Texas Partnership)** |

## 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **4-H Group**<br>**None** | 07/01/2009 | **Donated horse; Appx. value: $500.  4-H raffled it off.** |
| **Alison Larson**<br>**9466 Lady Dove Lane**<br>**South Jordan UT 84095**<br>**None** | 12/21/2009 | **2009 Polaris ATV transferred in exchange for assistance in sale of horses, advertising sale, cleaning and preparing for sale; $14,400 owed** |
| **Alison Larson**<br>**9466 Lady Dove Lane**<br>**South Jordan UT 84095** | 12/21/2009 | **1999 Dodge Truck ($4,400) and 4-horse Trailer ($10,000)** |
| **Alison Larson** | 12/01/2009 | **SCR "I'm Awesome", "Our First Touchdown", "Hair Spray", RPL "Ima Cool Leeta", DH "Miss Classic Style", "Dynesty's Rose", "Kids Sizzling Clu" horses traded for vet services at $650 each** |
| **Brian Lusk**<br>**Oregon** | 10/20/2010 | **Sale of "Frosted Conclusion" $200:  Gifted "The Secret" 7 year old quarter horse mare, $200.00  "Awesome & Glitter, $1,500; "Obvious Payday" was traded for  "Miss Payday Clue" Est. value:  $750** |
| **Dale Gotchaulk** | | **1984 Chevrolet 1-ton Truck sold for $2,500 cash and trade for hay $2,500** |
| **Farm Implement & Supply Co. Inc**<br>**Box 67**<br>**Plainville KS  67663**<br>**None** | 12/29/2009 | **New Holland 6050 Tractor (Ser 28BD11559) $50,000; New Holland 840 TC Loader (Ser Y8WLJ0283) $10,000; New Holland LS150 Skid Steer (Ser LMU004182) and trailer $14,500; Rhino TW96 Mower (Ser 12923) $1,000; Rhino 9' 950 Rear Blade $2,685.95 = $78,185.95** |
| **Frank Taggert** | | **North Hrabe No. 8 injection well (Lease on N/2 of NW/4 of NW/4 of 26-8-17, Rook Co.); $5,000 -- Funds paid to Midwest Community Bank** |

| | | |
|---|---|---|
| **Greg Crawford**<br>    **Brother** | 12/01/2009 | Trailers (2), jacks and Snap On shop tools: Traded for labor from April 2009-early 2010 while recouping from knee surgery |
| **James Kifer** | 05/01/2010 | Sale of "Honey Its a Play Girl"; $1,300 |
| **James Kifer** | | "Mister Special TE"; $5,000 |
| **James Kifer** | 05/01/2010 | Sale of "Tru Expectation"; $5,000 |
| **James Kifer** | | $750.00;  Miss Obvious Singer |
| **Lester Gross**<br>    **None** | | $2,500.00; 1974 GMC C60 Truck; VIN TCM624V568718; Funds used to pay electric bill, insurance and vehicles |
| **Lola Porter** | 01/08/2010 | Sale of Aschante Girl; $9,500 |
| **Modesto Noemi** | 07/01/2009 | Sale of Crystal Clu; $6,500 |
| **Ralph Grimme**<br>**Riverside, California** | 04/01/2010 | 1966 Chevrolet Camero; $5,000 |
| **Rececca Ivie** | 05/03/2010 | Sale of SCR "Touched  By An Angel," SCR "Kerris Divine"; "Cool Skip in TE"; "She's so Touchy", JMK Surita in trade for "Secret" mare and payment of $13,000 |
| **Stephen G. Crawford**<br>**Same**<br>    **President of Corporation** | 08/05/2009 | S/2 of the SE/4 of S9-T13-R18; $5,000 (Debt owed) |
| **Vicky Broadwater** | 05/05/2010 | Sale of SCR "Oh My Gosh"; SCR "Black Gold", SCR "I'm Goreous", SCR "American Idol", SCR "Dreammaker"; and "Honeys Yella Girl" for $650 a head or $3,900 |
| **Vicky Broadwater**<br>**9466 Lady Dove Lane**<br>**South Jordan UT  84095** | 01/13/2010 | Sale of SCR Imasoo/Playgril (seriously injured) ($700) and SCR Peekaboo and cart ($300) |
| **Vicky Broadwater** | 01/01/2010 | Golf cart; $300 |

None ☑    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Midwest Community Bank** | **Checking Account; 8969** | |

## 12. Safe deposit boxes

None ☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☐    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Midwest Community Bank<br>201 S Main Street<br>P O Box 369<br>Plainville KS  67663** | **01/01/2011** | **17,000.00** |

## 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Alison Larsen**<br>**9466 Lady Dove Lane**<br>**South Jordan UT 84095** | **One Paint Horse** | **1725 250th Avenue, Hays, Kansas** |
| **Vicky Broadwater**<br>**9466 Lady Dove Lane**<br>**South Jordan UT 84095** | **18 Quarter Horses and approximately 50 bales of alfalfa hay** | **1725 250th Avenue, Hays, Kansas** |

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR<br>DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS<br>OF SOCIAL SECURITY<br>OR OTHER INDIVIDUAL<br>TAXPAYER-I.D. NO.<br>(ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF<br>BUSINESS | BEGINNING AND ENDING<br>DATES |
|---|---|---|---|---|
| **Crawford Petroleum, Inc.** | | **Same** | **Crude Oil Production** | **08/28/1991** |
| **Mr. Yella Fella Partners** | | **325 North St. Paul Ste 4300 Dallas TX 75201** | **Horse Breeding** | **09/24/2004** |

None ☑

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Angel Accounting LLC**<br>**432 Elm Street**<br>**P O Box 250**<br>**Natoma KS 67651** | **Over ten years** |

None ☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ❏  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

**Stephen Crawford, President**

None ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                        DATE ISSUED

## 20. Inventories

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                      (Specify cost, market or other
                                                      basis)

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                                         NAME AND ADDRESSES OF CUSTODIAN
DATE OF INVENTORY                        OF INVENTORY RECORDS

## 21. Current Partners, Officers, Directors and Shareholders

None ❏  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST            PERCENTAGE OF INTEREST

**Gary & Linda Gordon**        **Managing Partners (Mr. Yella**    **52%**
**325 N St Paul Ste 4300**     **Fella Partners)**
**Dallas TX  75201**

None ❏  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                            NATURE AND PERCENTAGE
NAME AND ADDRESS              TITLE                          OF STOCK OWNERSHIP

**Stephen G. Crawford**        **President**                 **100% ownership (Crawford**
**Same**                                                     **Petroleum)**

## 22. Former partners, officers, directors and shareholders

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                        DATE OF WITHDRAWAL

None ❏  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

                                         TITLE                DATE OF TERMINATION
NAME AND ADDRESS

**S. Scott Crawford**          **Treasurer**                 **08/30/2009**

## 23. Withdrawals from a partnership or distributions by a corporation

None

☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None

☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None

☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **3/28/2011**

Signature    **s/ Stephen G. Crawford**

**Stephen G. Crawford, President**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

# United States Bankruptcy Court
## District of Kansas
### Kansas City Division

In re   **Crawford Petroleum, Inc.**                              Case No.

          Debtor.                                                  Chapter    **11**


# STATEMENT OF CORPORATE OWNERSHIP

Comes now **Crawford Petroleum, Inc.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:


_____   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:


**Owner**                                          **% of Shares Owned**

**None**


OR,


____**X**____  There are no entities to report.



By ___s/Justice B. King_____
     **Justice B. King**
     Signature of Attorney

Counsel for       **Crawford Petroleum, Inc.**

Bar no.:          **09009**

Address.:         **Fisher, Patterson, Sayler & Smith, L.L.P**
                  **3550 SW 5th Street**
                  **P O Box 949**
                  **Topeka KS  66601-0949**

Telephone No.:    **785-232-7761**

Fax No.:          **785-232-6604**

E-mail address:   **jking@fisherpatterson.com**